Entered: January 31, 2022
Signed:  January 31, 2022

**SO ORDERED**



Nancy V. Alquist
NANCY V. ALQUIST
U. S. BANKRUPTCY JUDGE

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF MARYLAND
### at Baltimore

**In re:   Case No.:  21–16614 – NVA     Chapter:  7**

In Re: Debtor (names used by the debtor in the last 8 years, including married, maiden, trade, and address):

Frederick Ruffin Jr.
*debtor has no known aliases*
2721 Wegworth Ln.
Baltimore, MD 21230

Social Security No.:   xxx–xx–9980

Employer's Tax I.D. No.:

## FINAL DECREE

Petition for Relief under Chapter 7 of Title 11, U.S. Code was filed by or against the above–named debtor on 10/20/21.

The estate of the above–named debtor has been fully administered.

ORDERED, that Patricia B. Jefferson is discharged as trustee of the estate of the above–named debtor; and the Chapter 7 case of the above named debtor is closed.

**End of Order**

fnldec – *JanineHutchinson*